# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case Nos. 5D23-1635
5D23-1637
LT Case Nos. 2021-CF-000836
2020-CF-002753-A

———————————————

THOMAS M. DUKES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Lisa Herndon, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison Radtke, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

November 14, 2023

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____